UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
TANYA ASAPANSA-JOHNSON WALKER, and

CECILIA GENTILI,

                    Plaintiffs,

    v.

ALEX M. AZAR, II, in his official capacity as the Secretary of the United States Department of Health and Human Services, and

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF APPEAL

Docket No.
20-CV-2834 (FB) (SMG)

Notice is hereby given that defendants Alex M. Azar, II, in his official capacity as the Secretary of the United States Department of Health and Human Services, and the United States Department of Health and Human Services, hereby appeal to the United States Court of Appeals for the Second Circuit from the memorandum and order entered in this action on October 29, 2020 (ECF # 34).

Dated: Washington, D.C.
      November 10, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

By: */s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20009
(202) 514-4964
Liam.C.Holland@usdoj.gov