# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-one.

Before:     William J. Nardini,
              *Circuit Judge.*

_____

Tanya Asapansa-Johnson Walker, Cecilia Gentili,

      Plaintiffs - Appellees,

v.

Norris Cochran, in his official capacity as Acting Secretary of the United States Department of Health and Human Services, and United States Department of Health and Human Services,

      Defendants - Appellants.

_____

**ORDER**

Docket Nos. 20-3580(L), 20-3827(Con)

The parties jointly move the Court to hold this appeal, including the briefing schedule, in abeyance while new leadership at the U.S. Department of Health and Human Services evaluates the issues this case presents.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties must file a joint status report by no later than May 14, 2021, apprising the Court of the status of the matter and submitting a proposal for further proceedings.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/18/2021