**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand twenty-one,

Tanya Asapansa-Johnson Walker, Cecilia Gentili,

Plaintiffs - Appellees,

v.

Xavier Becerra, in his official capacity as Acting Secretary of the United States Department of Health and Human Services, United States Department of Health and Human Services,

Defendants - Appellants.

**ORDER**
Docket Nos. 20-3580, 20-3827

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/22/2021