

U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

**By ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 20, 2022

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

　　　　Re:　　*Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (SMG)

Dear Judge Block:

　　On behalf of the parties to this Action, undersigned counsel respectfully submit this status report letter as to the progress of the United States Department of Health and Human Services's ("HHS") proposal to revise its regulations implementing Section 1557 of the Affordable Care Act. HHS has submitted a draft of the proposed rule to the Office of Management and Budget's Office of Information and Regulatory Affairs ("OIRA"). OIRA received the draft proposed rule on March 22, 2022. The status of the proposed rule is available at the following website: https://www.reginfo.gov/public/do/eoDetails?rrid=234566.

　　The parties agree that proceedings in this Action should remain stayed pending the completion of the ongoing administrative rulemaking proceeding, without prejudicing either party's right to seek leave of Court to lift the stay for good cause. Should the Court have any questions or concerns, the parties are happy to appear for a telephonic status conference.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

EDWARD J. JACOBS　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
*/s/ Edward J. Jacobs*
Baker & Hostetler LLP　　　　　　　　　　　　　　MICHELLE R. BENNETT
45 Rockefeller Plaza　　　　　　　　　　　　　　　Assistant Branch Director
New York, New York 10111
Telephone: (212) 589-4200　　　　　　　　　　　*/s/ Liam C. Holland*
Facsimile: (212) 589-4201　　　　　　　　　　　　LIAM C. HOLLAND
Email: ejacobs@bakerlaw.com　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
*Counsel for Plaintiffs*　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 514-4964
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　　　　Email: Liam.C.Holland@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*