

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**By ECF**  October 20, 2022

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

      Re:    *Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS)

Dear Judge Block:

      On behalf of the parties to this Action, undersigned counsel respectfully submit this status report letter as to the progress of the United States Department of Health and Human Services's ("HHS") proposal to revise its regulations implementing Section 1557 of the Affordable Care Act. On August 4, 2022, the proposed regulation was published in the Federal Register. Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug 4, 2022). HHS sought comment on all issues raised by the proposed regulation. The comment period recently closed, on October 3, 2022. According to regulations.gov, HHS has received more than 75,000 comments on the proposed regulation.

      The parties agree that proceedings in this Action should remain stayed pending the completion of the ongoing administrative rulemaking proceeding, without prejudicing either party's right to seek leave of Court to lift the stay for good cause. Should the Court have any questions or concerns, the parties are happy to appear for a telephonic status conference.

      Respectfully submitted,

| | |
|---|---|
| EDWARD J. JACOBS | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| */s/ Edward J. Jacobs* | |
| Baker & Hostetler LLP | MICHELLE R. BENNETT |
| 45 Rockefeller Plaza | Assistant Branch Director |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | */s/ Liam C. Holland* |
| Facsimile: (212) 589-4201 | LIAM C. HOLLAND |
| Email: ejacobs@bakerlaw.com | Trial Attorney |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 514-4964 |
| | Facsimile: (202) 616-8470 |
| | Email: Liam.C.Holland@usdoj.gov |
| | |
| | *Counsel for Defendants* |