

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**By ECF**  March 17, 2023

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

Re:   *Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS)

Dear Judge Block:

On behalf of the parties to this Action, undersigned counsel respectfully submit this status report letter as to the progress of the United States Department of Health and Human Services's ("HHS") rulemaking proceedings implementing Section 1557 of the Affordable Care Act. Agency rulemaking proceedings remain ongoing. HHS Office for Civil Rights is considering public comments on a proposed regulation implementing Section 1557 that was published in the Federal Register on August 4, 2022, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug 4, 2022).

Respectfully submitted,

| | |
|---|---|
| EDWARD J. JACOBS | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| */s/ Edward J. Jacobs* | |
| Baker & Hostetler LLP | MICHELLE R. BENNETT |
| 45 Rockefeller Plaza | Assistant Branch Director |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | */s/ Liam C. Holland* |
| Facsimile: (212) 589-4201 | LIAM C. HOLLAND |
| Email: ejacobs@bakerlaw.com | Trial Attorney |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 514-4964 |
| | Facsimile: (202) 616-8470 |
| | Email: Liam.C.Holland@usdoj.gov |
| | |
| | *Counsel for Defendants* |