UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA ASAPANSA-JOHNSON WALKER, and<br><br>CECILIA GENTILI,<br><br>       *Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services, and<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       *Defendants*. | CIVIL ACTION NO. 20-cv-02834-FB-SMG |

## SUGGESTION OF DEATH OF PLAINTIFF CECILIA GENTILI

Pursuant to FRCP 25(a), the undersigned hereby informs the Court and suggests upon the record the death of Plaintiff CECILIA GENTILI, which occurred on February 6, 2024.

DATED the 14th day of February 2024.


Respectfully submitted,           BAKER & HOSTETLER LLP

                                                   /s/ Edward J. Jacobs

                                                   Edward J. Jacobs
                                                   Baker & Hostetler LLP
                                                   45 Rockefeller Plaza
                                                   New York, NY 1011
                                                   (212)-598-4674
                                                   ejacobs@bakerlaw.com

                                                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 14th day of February 2024, I caused a true and correct copy of the foregoing **SUGGESTION OF DEATH OF PLAINTIFF CECILIA GENTILI** to be filed with the Court electronically via CM/ECF, which cause notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Edward J. Jacobs