

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**By ECF**                                                                                    March 8, 2024

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

      Re:    *Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS)

Dear Judge Block:

      On behalf of the parties to this Action, undersigned counsel respectfully submit this status report letter as to the ongoing administrative rulemaking proceedings of the United States Department of Health and Human Services ("HHS") implementing Section 1557 of the Affordable Care Act. HHS published a proposed rule implementing Section 1557 of the Affordable Care Act in the Federal Register on August 4, 2022. Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022). HHS has submitted a draft of the final rule to the Office of Management and Budget Office of Information and Regulatory Affairs ("OIRA"). OIRA received the draft final rule on December 21, 2023. The status of the rule is available at this website: https://www.reginfo.gov/public/do/eoDetails?rrid=354213.

                                       Respectfully submitted,

EDWARD J. JACOBS                                             BRIAN M. BOYNTON
                                                             Principal Deputy Assistant Attorney General
*/s/ Edward J. Jacobs*
Baker & Hostetler LLP
45 Rockefeller Plaza                                         MICHELLE R. BENNETT
New York, New York 10111                                     Assistant Branch Director
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201                                   */s/ Liam C. Holland*
Email: ejacobs@bakerlaw.com                                  LIAM C. HOLLAND
                                                             Trial Attorney
*Counsel for Plaintiffs*                                     United States Department of Justice
                                                             Civil Division, Federal Programs Branch
                                                             1100 L Street NW
                                                             Washington, D.C.  20005
                                                             Telephone:  (202) 514-4964
                                                             Facsimile:  (202) 616-8470
                                                             Email: Liam.C.Holland@usdoj.gov

                                                             *Counsel for Defendants*