

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**By ECF**                                                                                                              June 20, 2024

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

      Re:    *Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS)

Dear Judge Block:

      On behalf of the parties to this Action, undersigned counsel respectfully submit this status report letter as to the administrative rule making proceedings of the United States Department of Health and Human Services ("HHS") implementing Section 1557 of the Affordable Care Act.  A Final Rule implementing Section 1557 of the Affordable Care Act was made available for public inspection on April 26, 2024, and was published in the Federal Register on May 6, 2024.  *Nondiscrimination in Health Programs and Activities*, 89 Fed. Reg. 37,522 (May 6, 2024).

      The parties intend to continue to confer about the need for further proceedings in this matter and, if further proceedings are necessary, a schedule for those proceedings.  To facilitate those deliberations, the parties request to file another joint status report letter in sixty days.

                                                                                    Respectfully submitted,

| | |
|---|---|
| EDWARD J. JACOBS | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| */s/ Edward J. Jacobs* | |
| Baker & Hostetler LLP | MICHELLE R. BENNETT |
| 45 Rockefeller Plaza | Assistant Branch Director |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | */s/ Liam C. Holland* |
| Facsimile: (212) 589-4201 | LIAM C. HOLLAND |
| Email: ejacobs@bakerlaw.com | Trial Attorney |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 514-4964 |
| | Facsimile: (202) 616-8470 |
| | Email: Liam.C.Holland@usdoj.gov |
| | |
| | *Counsel for Defendants* |