

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**By ECF**  September 20, 2024

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

Re:   *Tanya Asapansa-Johnson Walker, et al. v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS)

Dear Judge Block:

Pursuant to this Court's Status Report Order dated June 20, 2024, the parties submit this status report letter. The parties disagree on whether this case is moot. Accordingly, the parties propose that the Court enter the following briefing schedule to address mootness:

- Defendants' memorandum in support of their assertion of mootness is due October 10, 2024.

- Plaintiff's memorandum in opposition to Defendants' assertion of mootness is due November 25, 2024.

- Defendants' reply is due December 16, 2024.

|  | Respectfully submitted, |
|---|---|
| EDWARD J. JACOBS | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney General |
| */s/ Edward J. Jacobs* |  |
| Baker & Hostetler LLP | MICHELLE R. BENNETT |
| 45 Rockefeller Plaza | Assistant Branch Director |
| New York, New York 10111 |  |
| Telephone: (212) 589-4200 | */s/ Liam C. Holland* |
| Facsimile: (212) 589-4201 | LIAM C. HOLLAND |
| Email: ejacobs@bakerlaw.com | Trial Attorney |
|  | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
|  | 1100 L Street NW |
|  | Washington, D.C. 20005 |
|  | Telephone: (202) 514-4964 |
|  | Facsimile: (202) 616-8470 |
|  | Email: Liam.C.Holland@usdoj.gov |
|  | |
|  | *Counsel for Defendants* |