**U.S. Department of Justice**

Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**BY EMAIL**  October 10, 2024

Edward J. Jacobs
45 Rockefeller Plaza
New York, New York 10111
ejacobs@bakerlaw.com

    Re:    *Tanya Asapansa-Johnson Walker v. Xavier Becerra, et al*, No. 20-cv-02834 (FB) (VMS) (E.D.N.Y.)

Dear Mr. Jacobs:

    The United States Department of Justice represents Defendants United States Department of Health and Human Services ("HHS") and HHS Secretary Xavier Becerra. Pursuant to the current briefing schedule, enclosed please find the following documents:

    (1)  Notice of Defendants' Assertion of Mootness
    (2)  Memorandum of Law in Support of Defendants' Assertion of Mootness

    Additionally, pursuant to the Individual Rules of the Honorable Frederic Block, Defendants are responsible for filing all papers in support of and in opposition to Defendants' Assertion of Mootness via ECF. Therefore, when serving your papers, kindly provide the undersigned with a PDF for electronic filing.

    Very truly yours,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    MICHELLE R. BENNETT
    Assistant Branch Director

    */s/ Liam C. Holland*
    LIAM C. HOLLAND
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street NW
    Washington, D.C. 20005
    Telephone: (202) 514-4964
    Facsimile: (202) 616-8470
    Email: Liam.C.Holland@usdoj.gov

    *Counsel for Defendants*

Enclosures

cc:    Honorable Frederic Block, U.S.D.J. E.D.N.Y. (by ECF, without enclosures)