# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| A ASAPANSA-JOHNSON WALKER; AND CECILIA GE )<br>*Plaintiff* )<br>v. )<br>cretary of Health andHuman Services; AND THE DEP/ )<br>*Defendant* ) | Case No. 20-cv-2834 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TANYA ASAPANSA-JOHNSON WALKER; AND CECILIA GENTILI .

Date: 05/22/2025

s/ Cynthia Cheng-Wun Weaver
*Attorney's signature*

Cynthia Cheng-Wun Weaver, 5091848
*Printed name and bar number*
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave NW
Washington, DC 20046

*Address*

Cynthia.Weaver@hrc.org
*E-mail address*

(202) 527-3669
*Telephone number*

(202) 347-5323
*FAX number*