# BakerHostetler

BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Edward J. Jacobs
direct dial: 212.589.4674
ejacobs@bakerlaw.com

November 20, 2025

**VIA E-MAIL (LIAM.C.HOLLAND@USDOJ.GOV)**

Liam C. Holland
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

Re:     *Tanya Asapansa-Johnson Walker v. Robert F. Kennedy, Jr., et al.*, No. 20-cv-02834 (FB)
        (VMS) (E.D.N.Y.)

Dear Mr. Holland,

        Baker & Hostetler LLP represents Plaintiff Tanya Asapansa-Johnson Walker. Pursuant to
the current briefing schedule, enclosed please find the Notice of Motion and accompanying
Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment.

        Moreover, pursuant to the Individual Rules of the Honorable Frederic Block, Plaintiff is
responsible for filing all papers in support of and in opposition to Plaintiff's Motion for
Summary Judgment via ECF. Therefore, kindly find attached a PDF version of the above
document for electronic filing.

                                        Sincerely,
                                        */s/ Michael A. Sabella*
                                        Michael A. Sabella
                                        (New York Bar No. 4555504)
                                        *msabella@bakerlaw.com*
                                        Edward J. Jacobs
                                        (New York Bar No. 4168126)
                                        *ejacobs@bakerlaw.com*
                                        Kathryn M. Zunno-Freaney
                                        (New York Bar No. 4572004)
                                        *kzunno@bakerlaw.com*
                                        **Baker & Hostetler LLP**

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Dallas     Denver     Houston     Los Angeles*
*New York     Orange County     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*
107468.098911\4920-1916-6331.1

45 Rockefeller Plaza
New York, New York 10111-0100
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Saidah A. Grimes**
*sgrimes@bakerlaw.com*
**Baker & Hostetler LLP**
One North Wacker Drive
Suite 3700
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

Gregory A. Tanner**
*gtanner@bakerlaw.com*
**Baker & Hostetler LLP**
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Counsel for Plaintiff*
*Tanya Asapansa-Johnson Walker*

***Motion for pro hac vice admission pending*

Enclosures

cc:     Honorable Frederic Block, U.S.D.J.  E.D.N.Y. (by ECF, without enclosures).