

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530

---

**BY EMAIL**                                              March 23, 2026

Edward J. Jacobs
45 Rockefeller Plaza
New York, New York 10111
ejacobs@bakerlaw.com

Re:     *Tanya Asapansa-Johnson Walker v. Robert F. Kennedy Jr., et al.*, No. 20-cv-02834
(FB) (VMS) (E.D.N.Y.)

Dear Mr. Jacobs:

The United States Department of Justice represents Defendants United States Department of Health and Human Services ("HHS") and HHS Secretary Robert F. Kennedy, Jr.  Pursuant to the current briefing schedule, enclosed please find Defendants' Reply in Support of Their Cross-Motion for Summary Judgment.

Additionally, pursuant to the Individual Rules of the Honorable Frederic Block, Defendants are responsible for filing all papers in support of and in opposition to Defendants' Cross-Motion for Summary Judgment via ECF.  In accordance with the Court's Scheduling Order dated August 4, 2025, undersigned counsel for Defendants anticipates filing those papers contemporaneously when the parties' Joint Appendix is filed.

Very truly yours,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20005
Telephone: (202) 514-4964
Facsimile: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

Enclosures

cc:     Honorable Frederic Block, U.S.D.J. E.D.N.Y. (by ECF, without enclosures)