UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

TANYA ASAPANSA-JOHNSON WALKER,

                              Plaintiff,                                **NOTICE OF MOTION**

     v.

ROBERT F. KENNEDY, JR., in his official capacity as the
Secretary of the United States Department of Health and        Civil Action No.
Human Services, and                                 20-cv-2834 (FB)

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
                             Defendants.

-------------------------------------------------------------------x

     PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, and all pleadings and proceedings herein, Defendants Robert F. Kennedy, Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services ("HHS") and HHS, will respectfully move before the Honorable Frederic Block, United States District Judge, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a date and a time to be designated by the Court, for an order granting summary judgment to Defendants on the grounds that Defendants are entitled to judgment as a matter of law.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's current Scheduling Order, Plaintiff's opposition papers must be served on or before February 20, 2026, and Defendants' reply papers must be served on or before March 23, 2026.

Dated: January 15, 2026                 BRETT A. SHUMATE
                                 Assistant Attorney General

                                 MICHELLE R. BENNETT
                                 Assistant Branch Director

                                 */s/ Liam C. Holland*

LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C., 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

TO:    Edward J. Jacobs
       Baker & Hosteler LLP
       45 Rockefeller Plaza
       New York, New York 10111

*Counsel for Plaintiff*

2